# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:17-cv-00853-CRC |
| | ) | |
| $215,587.22 IN U.S. CURRENCY SEIZED | ) | |
| FROM BANK ACCOUNT NUMBER | ) | |
| 100606401387436 HELD IN THE NAME | ) | |
| OF JJ SZLAVIK COMPANIES, INC. AT | ) | |
| CITIZENS BANK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY
       AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United
States District Court for the District of Columbia, on the 9th day of May, 2017, alleging that the
defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C.
§§ 981(a)(1)(A) and (C).

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property,
thus bringing, within the jurisdiction of the Court, the said defendant property, more fully
described as:

$215,587.22 in U.S. Currency Seized from Bank Account Number 100606401387436
held in the name of JJ Szlavik Companies, Inc. at Citizens Bank.

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons
thought to have an interest in or claim against the defendant property by serving upon such
persons a copy of this warrant and the Verified Complaint *In Rem*, in a manner consistent with
the principles of service of process of an action *in rem* under the Supplemental Rules for Certain
Admiralty and Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil
Procedure.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: May 10, 2017

**Angela D. Caesar**

Clerk of the Court



By: Jean-Claude Douyon

Digitally signed by Jean-Claude Douyon
DN: cn=Jean-Claude Douyon, o, ou, email=jean-claude_douyon@dcd.uscourts.gov, c=US
Date: 2017.05.10 13:32:49 -04'00'

Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:17-cv-00853-CRC |
| | ) | |
| $215,587.22 IN U.S. CURRENCY SEIZED | ) | |
| FROM BANK ACCOUNT NUMBER | ) | |
| 100606401387436 HELD IN THE NAME | ) | |
| OF JJ SZLAVIK COMPANIES, INC. AT | ) | |
| CITIZENS BANK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY
      AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United
States District Court for the District of Columbia, on the 9th day of May, 2017, alleging that the
defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C.
§§ 981(a)(1)(A) and (C).

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property,
thus bringing, within the jurisdiction of the Court, the said defendant property, more fully
described as:

> $10,174.52 Seized from Bank Account Number 2045233794 held in the
> name of Joseph Szlavik at Wells Fargo Bank.

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons
thought to have an interest in or claim against the defendant property by serving upon such
persons a copy of this warrant and the Verified Complaint *In Rem*, in a manner consistent with
the principles of service of process of an action *in rem* under the Supplemental Rules for Certain
Admiralty and Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil
Procedure.

1

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: May 10, 2017



**Angela D. Caesar**
Clerk of the Court

By: Jean-Claude Douyon

Digitally signed by Jean-Claude Douyon
DN: cn=Jean-Claude Douyon, o, ou, email=jean-claude_douyon@dcd.uscourts.gov, c=US
Date: 2017.05.10 13:33:01 -04'00'

Deputy Clerk

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:17-cv-00853-CRC |
| | ) | |
| $215,587.22 IN U.S. CURRENCY SEIZED | ) | |
| FROM BANK ACCOUNT NUMBER | ) | |
| 100606401387436 HELD IN THE NAME | ) | |
| OF JJ SZLAVIK COMPANIES, INC. AT | ) | |
| CITIZENS BANK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY
      AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 9th day of May, 2017, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. §§ 981(a)(1)(A) and (C).

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, the said defendant property, more fully described as:

- $27,835.09 Seized From Account Number 873653221 Held in the Name of Joseph Szlavik at Investment at TD Ameritrade; and
- $72,000 From Account Number 784051843 Held in the Name of Joseph Szlavik at Investment at TD Ameritrade.

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the defendant property by serving upon such persons a copy of this warrant and the Verified Complaint *In Rem*, in a manner consistent with the principles of service of process of an action *in rem* under the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil

1

Procedure.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: May 10, 2017



**Angela D. Caesar**
Clerk of the Court

By: Jean-Claude Douyon

Digitally signed by Jean-Claude Douyon
DN: cn=Jean-Claude Douyon, o, ou, email=jean-claude_douyon@dcd.uscourts.gov, c=US
Date: 2017.05.10 13:33:34 -04'00'

Deputy Clerk

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:17-cv-00853-CRC |
| | ) | |
| $215,587.22 IN U.S. CURRENCY SEIZED | ) | |
| FROM BANK ACCOUNT NUMBER | ) | |
| 100606401387436 HELD IN THE NAME | ) | |
| OF JJ SZLAVIK COMPANIES, INC. AT | ) | |
| CITIZENS BANK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT FOR ARREST *IN REM*

TO:     THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY
        AUTHORIZED LAW ENFORCEMENT OFFICER:

        WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United
States District Court for the District of Columbia, on the 9th day of May, 2017, alleging that the
defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C.
§§ 981(a)(1)(A) and (C).

        YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property,
thus bringing, within the jurisdiction of the Court, the said defendant property, more fully
described as:

- $100.00 Seized From Account Number 1100769 Held in the Name of Joseph
  Szlavik and/or Scribe Strategies and Associates at Washington First Bank;
- $106,224.83 Seized From Account Number 3100650 Held in the Name of Joseph
  Szlavik and/or Scribe Strategies and Associates at Washington First Bank; and
- $4,600.00 Seized From Account Number 4100662 Held in the Name of Joseph
  Szlavik and/or Scribe Strategies and Associates at Washington First Bank.

        YOU ARE FURTHER COMMANDED to provide notice of this action to all persons
thought to have an interest in or claim against the defendant property by serving upon such
persons a copy of this warrant and the Verified Complaint *In Rem*, in a manner consistent with

the principles of service of process of an action *in rem* under the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: May 10, 2017



**Angela D. Caesar**
Clerk of the Court

By: Jean-Claude Douyon

Digitally signed by Jean-Claude Douyon
DN: cn=Jean-Claude Douyon, o=U.S. Courts,
ou=Operations, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2017.05.10 14:54:04 -04'00'

Deputy Clerk

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:17-cv-00853-CRC |
| | ) | |
| $215,587.22 IN U.S. CURRENCY SEIZED | ) | |
| FROM BANK ACCOUNT NUMBER | ) | |
| 100606401387436 HELD IN THE NAME | ) | |
| OF JJ SZLAVIK COMPANIES, INC. AT | ) | |
| CITIZENS BANK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT FOR ARREST *IN REM*

TO:    THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY
AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United
States District Court for the District of Columbia, on the 9th day of May, 2017, alleging that the
defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C.
§§ 981(a)(1)(A) and (C).

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property,
thus bringing, within the jurisdiction of the Court, the said defendant property, more fully
described as:

$25,000.00 Seized From Account Number 22J-35212-11 Held in the Name of Joseph
Szlavik at Morgan Stanley Smith Barney.

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons
thought to have an interest in or claim against the defendant property by serving upon such
persons a copy of this warrant and the Verified Complaint *In Rem*, in a manner consistent with
the principles of service of process of an action *in rem* under the Supplemental Rules for Certain
Admiralty and Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil
Procedure.

1

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: May 10, 2017



**Angela D. Caesar**
Clerk of the Court

By: Jean-Claude Douyon

Digitally signed by Jean-Claude Douyon
DN: cn=Jean-Claude Douyon, o, ou, email=jean-claude_douyon@dcd.uscourts.gov, c=US
Date: 2017.05.10 15:08:14 -04'00'

Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:17-cv-00853-CRC |
| | ) | |
| $215,587.22 IN U.S. CURRENCY SEIZED | ) | |
| FROM BANK ACCOUNT NUMBER | ) | |
| 100606401387436 HELD IN THE NAME | ) | |
| OF JJ SZLAVIK COMPANIES, INC. AT | ) | |
| CITIZENS BANK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY
      AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United
States District Court for the District of Columbia, on the 9th day of May, 2017, alleging that the
defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C.
§§ 981(a)(1)(A) and (C).

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property,
thus bringing, within the jurisdiction of the Court, the said defendant property, more fully
described as:

> $13,883.55 Seized From Account Number 1367473 Held in the Name of
> Mercury Management, Inc. at First Niagara Bank

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons
thought to have an interest in or claim against the defendant property by serving upon such
persons a copy of this warrant and the Verified Complaint *In Rem*, in a manner consistent with
the principles of service of process of an action *in rem* under the Supplemental Rules for Certain
Admiralty and Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil
Procedure.

1

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: May 10, 2017



**Angela D. Caesar**
Clerk of the Court

By: Jean-Claude Douyon
_____
Deputy Clerk

Digitally signed by Jean-Claude Douyon
DN: cn=Jean-Claude Douyon, o, ou, email=jean-claude_douyon@dcd.uscourts.gov, c=US
Date: 2017.05.10 15:10:54 -04'00'

2