# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$215,587.22 IN U.S. CURRENCY SEIZED FROM BANK ACCOUNT NUMBER 100606401387436 HELD IN THE NAME OF JJ SZLAVIK COMPANIES, INC. AT CITIZENS BANK, *ET AL.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-00853-CRC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DAVID B. SMITH IN SUPPORT OF CLAIMANTS JOSEPH AND ANDREA SZLAVIK'S MOTION TO DISMISS THE VERIFIED COMPLAINT FOR <u>FORFEITURE *IN REM*</u>

I, DAVID B. SMITH, an attorney duly admitted to practice before this Court, hereby declare under penalty of perjury that the following is true and correct:

1. I am a partner in the law firm of David B. Smith PLLC, attorneys for Claimants Joseph and Andrea Szlavik, and a member of the District of Columbia bar. I respectfully submit this declaration in support of Claimants' Motion to Dismiss the Verified Complaint for Forfeiture *In Rem*.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the Commercial Account Statement for the Citizens Bank Account, for the month of August 2016.

3. Attached to this declaration as **Exhibit B** is a true and correct copy of a section to the report to the United States Senate Permanent Subcommittee on Investigations entitled "Keeping Foreign Corruption Out of the United States: Four Case Histories," dated February 4,

2010, specifically the section entitled "Bongo Case Study: Using Lobbyist, Family, and U.S. Trust Accounts to Bring Suspect Funds into the United States."

Executed in Alexandria, Virginia on July 5, 2017.

                                                      Respectfully submitted,

                                                      */s/ David B. Smith*
                                                      David B. Smith