UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| )                                       | |
| Plaintiff,                              ) | |
| )                                       | |
| v.                                      ) | Civil Action No.: 17-853 (CRC) |
| )                                       | |
| $215,587.22 IN U.S. CURRENCY SEIZED     ) | |
| FROM BANK ACCOUNT NUMBER                ) | |
| 100606401387436 HELD IN THE NAME OF     ) | |
| JJ SZLAVIK COMPANIES, INC. AT           ) | |
| CITIZENS BANK, *et al.*,                ) | |
| )                                       | |
| Defendants.                             ) | |

**STATUS REPORT AND NOTICE OF INTENT TO SERVE PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES ON CLAIMANTS JOSEPH AND ANDREA SZLAVIK PURSUANT TO RULE G(6) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS**

The United States, by and through its undersigned attorneys, files this Status Report and Notice to alert the Court of the following:

1.  On May 9, 2017, the United States filed the above-referenced Verified Complaint for Forfeiture *in Rem*. ECF No. 1.

2.  On June 14, 2017, Claimants Andrea Szlavik and Joseph Szlavik (the "Claimants") filed a joint verified claim to the defendants *in Rem*.[1] ECF No. 4.

3.  On July 5, 2017, the Claimants filed a Motion to Dismiss the United States' Verified Complaint for Forfeiture *in Rem* ("claimants' motion"). ECF No. 5.

4.  Pursuant to Rule G(6)(a), "The government may serve special interrogatories . . . without the [C]ourt's leave at any time after the claim is filed," however, once "the claimant serves a motion to dismiss the action, the government must serve the [special] interrogatories

---

[1] In filing this Notice, the United States does not concede the validity or completeness of the claim filed in this case.


within 21 days after the motion is served," that is, by July 26, 2017.

5. Although the United States' opposition to the claimants' motion would ordinarily be due on July 19, 2017, pursuant to Local Rule 7(b) of the U.S. District Court for the District of Columbia, "the government need not respond to a claimant's motion to dismiss the action under Rule G(8)(b) until 21 days after the claimant has answered these interrogatories." *See also*, Supp. R. G(6)(c) (same); *United States v. Vazquez-Alvarez*, 760 F.3d 193, 197 (2d Cir. 2014).

6. The United States hereby notifies the Court that it will serve Plaintiff's First Set of Special Interrogatories on Claimants Andrea Szlavik and Joseph Szlavik on or before July 26, 2017, pursuant to Rule G(6)(a) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions. Rule G(6)(b) requires Claimants to respond to these Special Interrogatories within twenty-one days of service, that is, by August 16, 2017.

7. Supplemental Rule G(6)(c) provides that the United States need not respond to Claimants' motion to dismiss "until 21 days after the claimant[s] ha[ve] answered these interrogatories." After reviewing Claimants' responses to these interrogatories, the Supplemental Rules also provide that the United States may move to strike Claimants' claim and if such a motion is filed, the United States' motion to strike "must be decided before any motion by the claimant[s] to dismiss the action." Supp. Rule G(8)(c)(i) and (ii)(A).

8. Accordingly, the United States hereby notifies the Court that it will either respond to the Claimants' Motion to Dismiss or, alternatively, move to strike Claimants' claim within twenty-one days of Claimants answering the United States' Special Interrogatories.

Dated: July 18, 2017                    Respectfully submitted,

                                            DEBORAH CONNOR, Acting Chief
                                            MONEY LAUNDERING AND ASSET
                                            RECOVERY SECTION

By: _____/s/_____
Woo Lee, D.C. Bar No. 486004
Deputy Chief
Patricia M. Sulzbach, D.C. Bar No. 979444
Marina C. Stevenson, D.C. Bar No. D00452
Trial Attorneys
Money Laundering and Asset Recovery Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue, NW, Ste 10100
Washington, D.C.  20005
Tel: (202) 616-2342
Fax: (202) 514-5522

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2017, a true, correct and complete copy of the foregoing Status Report and Notice of Intent to Serve Plaintiff's First Set of Special Interrogatories on Claimants Joseph and Andrea Szlavik Pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions was served on Claimants' counsel by electronic mail and first class mail as follows:

David Benjamin Smith
Smith & Zimmerman, PLLC
108 North Alfred Street
Alexandria, Virginia 22314
dbs@davidbsmithpllc.com

_____/s/_____
Marina C. Stevenson, D.C. Bar No. D00452
Trial Attorney
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C.  20005
(202) 616-2342