**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                              ) | Civil Action No.: 17-853 (CRC) |
|                           **Plaintiff,**            ) | |
|                                                              ) | **PLAINTIFF'S FIRST SET OF** |
| v.                                                       ) | **SPECIAL INTERROGATORIES** |
|                                                              ) | **TO CLAIMANT** |
| $215,587.22 IN U.S. CURRENCY SEIZED  ) | **ANDREA SZLAVIK** |
| FROM BANK ACCOUNT NUMBER         ) | |
| 100606401387436 HELD IN THE NAME OF ) | |
| JJ SZLAVIK COMPANIES, INC. AT        ) | |
| CITIZENS BANK, *et al.*,                        ) | |
|                                                              ) | |
|                           **Defendants.**        ) | |
|                                                              ) | |

## NOTICE OF SERVICE OF SPECIAL INTERROGATORIES UPON COUNSEL

The United States of America, by and through its undersigned attorneys, hereby gives notice that on July 26, 2017, the government served by e-mail and sent by FedEx Overnight Delivery to counsel for claimants Joseph and Andrea Szlavik special interrogatories issued pursuant to Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Pursuant to Rule G(6)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the "government need not respond to [claimants'] motion to dismiss the action under Rule G(8)(b) until 32 days after the [claimants] ha[ve] answered these interrogatories."

Dated:  July 26, 2017                          Respectfully submitted,

                                                            DEBORAH CONNOR, Acting Chief
                                                            MONEY LAUNDERING AND ASSET
                                                            RECOVERY SECTION

                                                            By: _____/s/_____
                                                            Woo Lee

2

Deputy Chief
Patricia M. Sulzbach
Marina C. Stevenson
Trial Attorneys
Money Laundering and Asset Recovery Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue, NW, Ste 10100
Washington, D.C.  20005
Tel: (202) 514-5522
Fax: (202) 616-2342

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 26, 2017, a true, correct and complete copy of the foregoing United States' Notice of Service of Special Interrogatories Upon Counsel was filed using the Court's Electronic Case Filing System.

                                                                                       _____/s/_____
                                                                                       Marina C. Stevenson,
                                                                                       D.C. Bar No. D00452
                                                                                       Trial Attorney
                                                                                       U.S. Department of Justice
                                                                                       1400 New York Ave., NW
                                                                                       Washington, D.C.  20005
                                                                                       (202) 616-2342