# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>$215,587.22 IN U.S. CURRENCY SEIZED FROM BANK ACCOUNT NUMBER 100606401387436 HELD IN THE NAME OF JJ SZLAVIK COMPANIES, INC. AT CITIZENS BANK, *ET AL.*,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:17-cv-00853-CRC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF NICHOLAS D. SMITH IN SUPPORT OF CLAIMANTS JOSEPH AND ANDREA SZLAVIK'S MOTION FOR A SECOND PROTECTIVE ORDER

I, NICHOLAS D. SMITH, an attorney duly admitted to practice before this Court, hereby declare under penalty of perjury that the following is true and correct:

1.　　I am a partner in the law firm of David B. Smith PLLC, attorneys for Claimants Joseph and Andrea Szlavik, and a member of the District of Columbia bar. I respectfully submit this declaration in support of Claimants' Motion for a Second Protective Order.

2.　　Attached to this declaration as **Exhibit 1** is a true and correct copy of the Second Set of Special Interrogatories to Claimant Joseph Szlavik.

3.　　Attached to this declaration as **Exhibit 2** is a true and correct copy of the Second Set of Special Interrogatories to Claimant Andrea Szlavik.

Executed in New York, New York, on October 25, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas D. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　　Nicholas D. Smith

1